UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH MAYEAUX (#318576)

VERSUS

MACK MCKEE, ET AL.

CIVIL ACTION

NO. 14-72-SDD-SCR

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated November 10, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendant's *Motion to Dismiss*[3] is GRANTED, and the Plaintiff's claims against Cpl. Mack McKee are dismissed for failure to timely serve the Defendant pursuant to Rule 4(m), Fed.R.Civ.P. Further, the claims against East Baton Rouge Jail are dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and this action is dismissed.

Baton Rouge, Louisiana the 16 day of December, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 12.
[3] Rec. Doc. 11.